JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| ALFONSO VILLALOBOS et al., <br><br> Plaintiffs, <br><br> v. <br><br> STATE OF NEVADA DEPARTMENT OF EMPLOYMENT TRAINING REHABILITATION, <br><br> Defendant. | Case No. 5:22-cv-01664-SB-SP <br><br> FINAL JUDGMENT |

    For the reasons stated in the separate order denying Plaintiff Alfonso Villalobos's application to proceed in forma pauperis and dismissing the case under 28 U.S.C. § 1915(e)(2), this action is DISMISSED without prejudice because it is frivolous and fails to state a claim.

Date: September 27, 2022

_____
Stanley Blumenfeld, Jr.
United States District Judge

1